UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KNUDSEN POOR FARMS, INC., <br><br> Appellant, <br><br> v. <br><br> THE BANKRUPTCY ESTATE OF W.B.W., LLC and GARY L. RAINSDON, its trustee, <br><br> Appellees. | Case No. 1:10-CV-369-BLW <br><br> **ORDER** |

The Court has before it Appellant's Voluntary Dismissal with Prejudice (Dkt. 2). Good cause appearing, the Court will grant the dismissal with prejudice. Accordingly,

**IT IS ORDERED:**

1. Appellant's Voluntary Dismissal with Prejudice (Dkt. 2) is **GRANTED**. This case is dismissed with prejudice in its entirety and closed. The Court will enter a separate judgment pursuant to Fed. R. Civ. P. 58.

DATED: **November 12, 2010**

B. LYNN WINMILL
Chief U.S. District Court Judge

ORDER - 1